[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-10706
Non-Argument Calendar

_____

D.C. Docket No. 8:14-cr-00366-SDM-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OCTAVIUS HENDERSON,
a.k.a. Octavious Henderson,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 6, 2017)

Before MARTIN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

William Sansone, appointed counsel for Octavius Henderson in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Henderson's conviction and sentence are **AFFIRMED**.